UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ANTHONY MCGHEE,

                      Petitioner,

   -against-

BRIAN FISCHER,

                      Respondent.

-----------------------------------------------------------------------X

**JUDGMENT**
05-CV- 3842 (DGT)

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 28 2006 ★

**BROOKLYN OFFICE**

      A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on June 26, 2006, denying petitioner's petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's petition for a writ of habeas corpus; and that no Certificate of Appealability will be granted.

Dated: Brooklyn, New York
      June 27, 2006

                              s/Robert C. Heinemann
                              ROBERT C. HEINEMANN
                              Clerk of Court